IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED States of America** | : | CIVIL ACTION NO. 02-4092 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **$105,915.00 IN UNITED STATES CURRENCY** | : | |
| **Defendant.** | : | |
| | : | |
| | : | |
| | : | |

### ENTRY OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter our appearance on behalf of the **Claimant, Kum Cha Carpenter,** in the above-captioned matter.

_____
**PAUL H. MASCIANTONIO, ESQUIRE**
Identification No: 42884
1806 Callowhill Street
Philadelphia, PA  19130
(215) 568-2235

**PETER K. LEE, ESQUIRE**
5757 N. Lincoln Ave, Suite 20
Chicago, IL. 60659
(773)907-8870