IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED States of America | : | CIVIL ACTION NO. 02-4092 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| $105,915.00 IN UNITED STATES CURRENCY | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

Paul H. Masciantonio, Esquire, certifies that a copy of the attached Statement of claim was caused to be served by firs class mail, postage paid, on, 8/23/2002, upon the following

Department of Justice
Eastern District of Pennsylvania
United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
**Attention: Frank A. Labor, III, Esquire
Assistant United States Attorney**

_____
**PAUL H. MASCIANTONIO, ESQUIRE**
Identification No: 42884
1806 Callowhill Street
Philadelphia, PA 19130
(215) 568-2235

**PETER K. LEE, ESQUIRE**
5757 N. Lincoln Ave, Suite 20
Chicago, IL. 60659
(773)907-8870